Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Charles Walter Christopher,** | ) | |
| | ) | |
| Petitioner-Defendant | ) | |
| | ) | |
| vs. | ) | Criminal Case Number: 20-cr-40072 |
| | ) | |
| **United States of America,** | ) | Civil Case Number: 22-cv-04187 |
| | ) | |
| Respondent-Plaintiff | ) | |

### JUDGMENT ON MOTION UNDER 2255

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner-Defendant Charles Walter Christopher's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 is denied. The Court declines to issue a certificate of appealability.

**Dated: 9/22/2023**

AJKV

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

.